IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**
MAY 23 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 18-30092-DRH |
| ) | |
| RICKY REDDING and VALERIE ) | Title 18, United States Code, |
| E. GIBBS, ) | Sections 2, 1791(a)(2) and |
| ) | 1791(b)(1). |
| Defendants. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### ATTEMPTED POSSESSION OF CONTRABAND BY A FEDERAL INMATE

On or about December 18, 2016, in Bond County, Illinois, within the Southern District of Illinois,

**RICKY REDDING**,

defendant herein, an inmate of the federal correctional facility at Greenville, Illinois, commonly known as FCI-Greenville,

aided and abetted by

**VALERIE E. GIBBS,**

defendant herein, did knowingly attempt to possess a prohibited object, to wit: heroin, a Schedule

I controlled substance and narcotic drug; all in violation of Title 18, United States Code, Sections 2, 1791(a)(2) and (b)(1).

A TRUE BILL

*Angela Scott*
ANGELA SCOTT
Assistant United States Attorney

*Donald S. Boyce*
DONALD S. BOYCE
United States Attorney

Recommend Bond:   Detention for Redding
                  $10,000 unsecured bond for Gibbs